IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JAHODA,<br><br>                Plaintiff,<br><br>v.<br><br>GABRIELA HEARST, LLC,<br><br>                Defendant. | Civil Action No. 2:22-cv-01623-PLD |

**JOINT NOTICE OF SETTLEMENT**

NOW THIS 20th DAY OF JANUARY, 2023, all matters herein have been settled as between Plaintiff Robert Jahoda ("Plaintiff") and Defendant Gabriela Hearst, LLC ("Defendant") and the Parties hereby submit this Joint Notice of Settlement as follows:

1. A settlement in principle has been reached between Plaintiff and Defendant and a settlement agreement ("Agreement") is in the process of being drafted. Once the Agreement is fully executed, and certain conditions have been fulfilled pursuant to the Agreement, Plaintiff will file a Notice of Dismissal with prejudice, and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

        Respectfully submitted,

| | |
|---|---|
| */s/ R. Bruce Carlson*<br>R. Bruce Carlson<br>Carlson Brown<br>222 Broad Street<br>PO Box 242<br>Sewickley, PA 15143 | */s/ Richard M. Weibley*<br>Richard M. Weibley<br>Blank Rome LLP<br>501 Grant Street, Suite 850<br>Pittsburgh, PA 15219 |

Telephone: 724.730.1753
bcarlson@carlsonbrownlaw.com

*Attorneys for Plaintiff Robert Jahoda*

Telephone: 412.932.2724
rweibley@blankrome.com

*Attorneys for Defendant Gabriela Hearst, LLC*

Date: January 20, 2023

## **CERTIFICATE OF SERVICE**

I certify that on January 20, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Richard M. Weibley*