IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JAHODA,<br><br>          Plaintiff,<br><br>     v.<br><br>GABRIELA HEARST, LLC,<br><br>          Defendant. | Case No. 2:22-cv-01623-PLD |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Robert Jahoda hereby voluntarily dismisses with prejudice his claims against Defendant Gabriela Hearst, LLC.

Respectfully submitted,

*/s/ R. Bruce Carlson*
R. Bruce Carlson
**CARLSON BROWN**
222 Broad St.
PO Box 242
Sewickley, PA 15143
bcarlson@carlsonbrownlaw.com
(724) 730-1753

*Counsel for Plaintiff*